No. 77–1649. EARLY v. PALM BEACH NEWSPAPERS, INC., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 77–1733. CULLUM ELECTRIC & MECHANICAL, INC. v. MECHANICAL CONTRACTORS ASSOCIATION OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 77–1788. GOLDSTEIN v. COLLIN ET AL. Sup. Ct. Ill. Certiorari denied.

No. 77–1842. HAGAN ET AL. v. DOWNS; and
No. 78–165. DOWNS v. SAWTELLE ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 574 F. 2d 1.

No. 77–6876. HAZEL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–6977. MCKINNEY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 78–83. TIMKEN CO. v. ENVIRONMENTAL PROTECTION AGENCY ET AL.; and
No. 78–84. CLEVELAND ELECTRIC ILLUMINATING CO. ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 572 F. 2d 1150.

No. 78–100. FITZGIBBON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–110. MOODY v. ALABAMA EX REL. PAYNE, COMMISSIONER OF INSURANCE, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 78–121. CURTIS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.